# MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 13 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**DATE:** May 9, 2014

**TO:** Criminal Docket Clerk

**FROM:** Diane Darbonne
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

_____      Deft. taken into U.S. Marshal Service custody on a detainer
(Date)    from _____.

_____      Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)    Removal.

5/09/14         Deft. taken into U.S. Marshal Service custody on a Return
(Date)    Psychiatric Study.

_____      Deft. returned to custody of _____
(Date)                                          (State)

_____      Deft. returned to custody of _____
(Date)                                        (Another District)

CASE NO. 4:14CR00027-BRW

DEFENDANT'S NAME Moore, Lacey Rae