AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  ARKANSAS

UNITED STATES OF AMERICA

V.

**LACEY RAE MOORE**

**NOTICE**

CASE  4:14-CR-0027-01-BRW

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol Avenue<br>Little Rock, Arkansas 72201 | **#389** |
| | DATE AND TIME |
| | Friday, October 10, 2014, at 10:00 AM |

TYPE OF PROCEEDING

SENTENCING HEARING before U.S. District Judge Billy Roy Wilson.  Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic device(s) to the courthouse for this proceeding.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

8/5/2014  /s/ Melanie Beard
DATE    (BY) DEPUTY CLERK

TO:  Defendant's Attorney -
     U.S. Attorney
     U.S. Marshals Service
     U.S. Probation
     CSO