IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **4:14-CR-00027-BRW**

**LACEY RAE MOORE**

### ORDER

Defendant requests a one-year sentence reduction after she completes the RDAP program. Defendant asks that I direct the BOP to give her the reduction despite the fact that she does not qualify for it.

Because I lack the authority to grant the requested relief, the motion (Doc. No. 35) is DENIED.

IT IS SO ORDERED, this 17th day of November, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE